# Exhibit 2

# Entity Information

## Entity Information

| | |
|---|---|
| Entity Name: | CYBERMEDIA TECHNOLOGIES, INC. |
| Entity ID: | 04603130 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Formation Date: | 02/07/1996 |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 02/07/1996 |
| Status Date: | 05/28/2019 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | VA |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | Not Required |
| Charter Fee: | $50.00 |

## Registered Agent Information

| | |
|---|---|
| RA Type: | Individual |
| Locality: | FAIRFAX CITY (FILED IN FAIRFAX COUNTY) |
| RA Qualification: | Member of the Virginia State Bar |
| Name: | JAMES E PINKOWSKI |
| Registered Office Address: | 3900 UNIVERSITY DR SUITE 200, FAIRFAX, VA, 22030 - 0000, USA |

## Principal Office Address

| | |
|---|---|
| Address: | 1900 CAMPUS DR, STE 100, RESTON, VA, 20191 - 0000, USA |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us
(https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

Principal Information (https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| PRES/TREAS | Yes | KAVITHA RAMESH | 11116 COROBON LANE, GRESAT FALLS, VA, 22066 - 0000, USA | 05/28/2019 |
| VP/SEC/TREAS | Yes | RAMESH RAJ | 11116 COROBON LANE, GREAT FALLS, VA, 22066 - 0000, USA | 05/28/2019 |

Current Shares

Total Shares: 1000

Filing History    RA History    Name History    Previous Registrations

Garnishment Designees

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us