UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIDIST NEGEDE,**<br><br>         **Plaintiff,**<br><br>**v.**<br><br>**CYBERMEDIA TECHNOLOGIES, INC.**<br>**d/b/a CTEC,**<br><br>         **Defendant.** | CASE NO.: 1:20-cv-1570 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to beat their own costs and attorneys' fees, except as otherwise provided.

Dated this 4th day of September 2020.

/s/ Tiffany Joseph Goodson
Tiffany Joseph Goodson
DC Bar No. 481878
HKM Employment Attorneys LLP
1325 G Street NW, Suite 558
Washington, DC 20005
Phone: (202) 919-5952
Fax: (202) 919-5952
E-mail: tjosephgoodson@hkm.com

*Counsel for Plaintiff*

/s/ *Olaoluwaposi O. Oshinowo*
Todd A. Bromberg (Bar No. 472554)
Olauluwaposi O. Oshinowo (Bar No. 1045617)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7000
Fax: (202) 719-7049
Email:  tbromberg@wiley.law
Email:  ooshinowo@wiley.law

*Counsel for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Date: _____    _____
                                                                         UNITED STATES DISTRICT JUDGE